Peter A. Davidson (SBN 76194)
pdavidson@ecjlaw.com
**ERVIN, COHEN & JESSUP LLP**
9401 Wilshire Boulevard, Ninth Floor
Beverly Hills, California 90212-2974
Telephone (310) 273-6333
Facsimile (310) 859-2325

Attorneys for James H. Donell, Receiver

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES H. DONELL, Receiver for Newpoint Financial Services, Inc., <br><br> Plaintiff, <br><br> v. <br><br> FARIDEH DJDORAELI AND AHMED MOHAMMED - REZAEL, <br><br> Defendants. | CASE NO. 12-CV-2483-DDP-(JEMx) <br><br> **JUDGMENT** <br><br> DATE: October 29, 2012 <br> TIME: 10:00 a.m. <br> CTRM.: 3 |

The Application of James H. Donell, Receiver for Newpoint Financial Services, Inc., for the entry of Default Judgment as to Defendants, Farideh Djebraeli and Ahmed Mohammed - Razael, came on for hearing, having been duly noticed, on October 29, 2012 at 10:00 a.m. before the Honorable Dean D. Pregerson, United States District Court Judge. The Court having found that the entry of Default Judgment is appropriate,

13390.10:1689507.1

JUDGMENT

IT IS HEREBY ORDERED AND ADJUDGED:

1. Judgment in this case is granted in favor of Plaintiff, James H. Donell, Receiver for Newpoint Financial Services, Inc., and against Defendants, Farideh Djebraeli and Ahmed Mohammed - Razael, as follows:

   (a) Defendants, Farideh Djebraeli and Ahmed Mohammed - Razael, shall pay Plaintiff, James H. Donell, Receiver for Newpoint Financial Services, Inc., $9,407.85 plus prejudgment interest of $397.80.

DATED: October 30, 2012

The Honorable Dean D. Pregerson
United States District Judge